# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JARRED TYLER EARNEST, <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN, <br><br> Defendant. | Case No. CV 22-00069-JAK (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. Plaintiff's Second Amended Complaint is DISMISSED without leave to amend;
3. This action is dismissed with prejudice.

Date: October 18, 2022

_____
JOHN A. KRONSTADT
United States District Judge