JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JARRED TYLER EARNEST, | Case No. CV 22-00069-JAK (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and this entire action are dismissed with prejudice.

Date: October 18, 2022

_____
JOHN A. KRONSTADT
United States District Judge